Rosa Salzano, Plaintiff, v. The Marine Insurance Company, Limited, Defendant.— Defendant's exceptions sustained, and motion for new trial granted, with costs to defendant to abide event. Held, that the issuance of the policy in question was procured through misrepresentations by plaintiff's agent of material facts as to year of manufacture and cost of car to plaintiff. All concurred.

Buffalo Forge Company, Appellant, v. Franklin Boiler Works Company, Respondent.— Order reversed and motion denied, without costs of this appeal to either party, upon condition that plaintiff stipulate in writing, within five days after service of a copy of this order with notice of entry thereof, that it will admit as proven upon the trial the facts stated in the written stipulation already made and the additional facts covered by the verbal stipulation referred to in the order. If such stipulation be not given, the order is affirmed, with ten dollars costs and disbursements. All concurred.

Alwin Adam, Respondent, v. Power City Bank, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

James E. King, Respondent, v. Rose A. King, Appellant.— Order affirmed, without costs. All concurred.

William A. Walker, Respondent, v. Louis Rosokoff, Appellant, Impleaded with Others.— Order of Special Term and order of Buffalo City Court reversed, with ten dollars costs and disbursements, and motion to set aside attachment granted. Held, that the papers were insufficient to authorize the attachment. All concurred.

Edyth I. Magee, as Administratrix, etc., Appellant, v. Calvin Burr Beach and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Hyman Buchbinder and Another, Respondents, v. Isaac Silverstein and Another, Appellants, Impleaded with Others.— Judgment affirmed, with separate bills of costs to each of the respondents appearing upon this appeal by separate attorneys. All concurred.

The Exempt Fireman's Association of the City of Little Falls, Appellant, v. The City of Little Falls and Others, Respondents.— Judgment affirmed, with costs. All concurred.

International Text Book Company, Appellant, v. Paul F. Hockeborn, Respondent.— Judgment affirmed, with costs. All concurred.

Boleslawa Sikorska, Respondent, v. International Railway Company, Appellant.— Judgment affirmed, with costs. All concurred.

Clarence Seaton, Plaintiff, v. Lehigh Valley Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

The People of the State of New York, Respondent, v. C. Klinck Packing Company, Appellant.— Motion for leave to appeal to Court of Appeals granted.